| DATE: | 6/22/2022 |
|---|---|
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | A. Saffles |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:30 a.m. / 10:37 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:22-CR-00151-1

USA v. Amber Michelle Brown

Matt Johnson
AUSA

_____
Defense Attorney

**FILED** JUN 2 2 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

☑ INITIAL APPEARANCE
☐ ARRAIGNMENT

☑ Defendant Sworn   ☐ Interpreter Required

☑ Dft appears: ☐ with counsel ☑ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

☑ Date of arrest 6/22/22   (Other district court & case #) _____

☑ Defendant ☑ advised of charges, penalties, and rights

☐ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☐ Federal Public Defender appointed
Attorney: _____

☑ Defendant advises the Court that ~~they~~ **she** ☐ have counsel who is _____ or, ☑ will hire counsel.

☐ Defendant requests appointed counsel, is sworn and examined re: financial status.

☐ Financial affidavit executed by defendant.
The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.

☐ _____ appointed   ☐ U.S. Pub Defender _____ appointed

☐ If defendant cannot retain counsel, the Court is to be advised within ___ days so counsel may be appointed.

☐ Govt motion for detention ☐ Govt oral motion for continuance   ☐ Oral Order granting ☐ Oral Order denying

☐ Defendant oral motion to continue detention hearing   ☐ Oral Order granting ☐ Oral Order denying

☑ Arraignment set 6/24/22 10:30 a.m.

☐ Temp Detention Order Pending Hearing

☑ Ordering setting conditions of release   ☐ Bond executed

☐ Defendant signed Waiver of Detention Hearing.

☐ Defendant remanded to custody of United States Marshal

☐ Defendant motion _____

☑ Dft released on conditions after out-processing. FPD stands by for purpose of reviewing conditions with defendant.