**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:22-CR-151 |
| | § | |
| AMBER MICHELLE BROWN | § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOHN HUNTER SMITH, make their appearance as counsel of record and attorney in charge for Defendant AMBER MICHELLE BROWN, in the above -entitled and numbered cause of action.

    Respectfully submitted,

    WYNNE & SMITH
    707 West Washington
    P.O. Box 2228
    Sherman, Texas 75091-2228
    Tel: (903) 893-8177
    Fax: (903) 892-0916


    By: /s / John Hunter Smith
    John Hunter Smith
    State Bar No. 24028393
    jsmith@wynnesmithlaw.com

## CERTIFICATE OF SERVICE

I, John Hunter Smith hereby certify that on June 14, 2022, a true and correct copy of the Notice of Appearance was provided to the Assistant United States Attorney, Mr. Ernest Gonzalez and Ms. Colleen Bloss, via electronic transmission..

/s / John Hunter Smith
JOHN HUNTER SMITH