| DATE: | 6/24/2022 |
|---|---|
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | A. Saffles |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:27 a.m. / 10:30 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:22-CR-00151-1

USA v. Amber Michelle Brown

Marisa Miller
AUSA

John Hunter Smith
Defense Attorney

**FILED**
JUN 24 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

- [x] **ARRAIGNMENT**
- [ ] **DETENTION HEARING**

- [x] Arraignment Held
- [x] Defendant appears with counsel
- [x] Defendant [x] sworn
  - [x] received copy of charges  [x] discussed charges with counsel  [ ] charges read
  - [x] waived reading of charges
- [ ] Interpreter sworn
- [x] Defendant enters a plea of: [x] not guilty to _Count 1 of the Indictment_
- [x] Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference/jury selection and trial setting on: _ALM 9/2/22_
- [ ] Government did not move for detention.
- [ ] Defendant waived detention hearing
- [x] Rule 5f order
- [ ] Detention hearing held
- [ ] Government witnesses: ___
- [ ] Defense witnesses: ___
- [ ] Court orders defendant detained pending trial
- [ ] Detention hearing rescheduled to: ___
- [ ] Defendant remanded to custody of USM
- [x] Defendant RELEASED on _previously set_ conditions of release ~~after out-processing by USM~~
- [ ] Recess ___