IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:22-CR-151** |
| | § | |
| **AMBER MICHELLE BROWN** | § | |

## MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERNCE DATES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Defendant, **AMBER MICHELLE BROWN,** in the above styles and numbered cause, by and through his attorney of record, John Hunter Smith and files this Motion for Continuance of Pre-Trial Motion Dates, Change of Plea Deadlines, and Final Pre-Trial Conference Date, and in support thereof would show the court as follows:

I.

The above matter is presently set for Plea deadline on August 12, 2022, and Final Pre-Trial Conference is set on September 2, 2022, at 10:00 a.m.

II.

Counsel needs additional time to review and discuss the discovery with the defendant. Counsel received the discovery in this matter on August 10, 2022.

III.

This motion is made in the interest of justice and not for any reason of delay.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays the Court grant this Motion for Continuance.

Respectfully submitted,

/s/John Hunter Smith
JOHN HUNTER SMITH
State Bar No. 24028393
WYNNE & SMITH
707 W. Washington
P.O. Box 2228
Sherman, Texas 75091-2228
Telephone:   903-893-8177
Telecopier:   903/892-0916
jmsmith@wynnesmithlaw.com

ATTORNEY'S FOR DEFENDANT

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on August 12, 2022, Counsel communicated with Assistant United States Attorney Mr. Sean Taylor via e-mail, and he had no objection to this motion.

/s / John Hunter Smith
JOHN HUNTER SMITH

## **CERTIFICATE OF SERVICE**

I, John Hunter Smith certify that on the 12th day of August 2022, a copy of the foregoing motion was provided to Assistant United States Attorney, Mr. Sean Taylor via CMECF/PACER.

/s / John Hunter Smith
JOHN HUNTER SMITH