IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. 4:22-CR-151 |
| AMBER MICHELLE BROWN | § | |

### MOTION FOR APPOINTMENT OF NEW COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant, **AMBER MICHELLE BROWN,** in the above styles and numbered cause, pro se, and respectfully files this Motion for Appointment of Counsel in the above referenced case.

Defendant is no longer being represented by John Hunter Smith and cannot afford to hire another attorney. Two attorneys who have refused to represent defendant without payment are:

1) Ron Wells
2) Don Bailey

Defendant is unable to hire an attorney? Yes __X__ No _____

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays the Court grant this Motion for Appointment of Counsel.

Respectfully submitted,

/s/Amber Michelle Brown
AMBER MICHELLE BROWN, PRO SE
4660 Perthshire Court
Plano, TX. 75024
Telephone: 214-436-1441
AmberMBrown@outlook.com